UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ERIC D. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-947-TWP-DKL |
| | ) | |
| BRUCE LEMMON and | ) | |
| MITCH DANIELS | ) | |
| | ) | |
| Defendants. | ) | |

**Entry and Order Directing Dismissal of Action**

**I.**

Eric Smith is serving the executed sentence imposed by an Indiana state court following his conviction for arson. *See Smith v. State,* 779 N.E.2d 978 (Ind. Ct. App. 2002), *trans. denied*. He has filed the present action challenging various policies and programs to which he is subject within the Indiana Department of Correction.

Because of his abusive litigation in federal courts, Smith has been sanctioned through the issuance of a species of restricted filer orders. The Order in Smith=s case was issued by the Seventh Circuit Court of Appeals in No. 09-2444 on June 10, 2009. The text of the restrictive filer Order is the following:

> Smith is fined $500. Until he pays that sum in full to the clerk of this court, he is barred from filing further civil suits in the courts of this circuit, in accordance with *Support Systems International v. Mack,* 345 F.3d 185 (7th Cir. 1995).

Smith violated the Court of Appeals= Order in No. 09-2444 by submitting this action. The action is dismissed. Judgment dismissing the action without prejudice shall now issue.

IT IS SO ORDERED.

Date: 07/13/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Eric D. Smith
#112675
Wabash Valley Correctional Facility
6908 S. Old Hwy. 41
P.O. Box 1111
Carlisle, IN 47838

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ERIC D. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-947-TWP-DKL |
| | ) | |
| BRUCE LEMMON and | ) | |
| MITCH DANIELS | ) | |
| | ) | |
| Defendants. | ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: _____

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Eric D. Smith
#112675
Wabash Valley Correctional Facility
6908 S. Old Hwy. 41
P.O. Box 1111
Carlisle, IN 47838